UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RACZ, STEVEN THOMAS § Case No. 05-54640
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　　CLERK, U.S. BANKRUPTCY COURT
　　　　　　　　　7th Floor, Federal Building
　　　　　　　　　219 South Dearborn Street
　　　　　　　　　Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/06/2012 in Courtroom 744,
　　　　　　　　　United States Courthouse
　　　　　　　　　219 South Dearborn Street
　　　　　　　　　Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

UST Form 101-7-NFR (5/1/2011) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RACZ, STEVEN THOMAS § Case No. 05-54640
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 79,908.29 |
| and approved disbursements of | $ | 53,685.40 |
| leaving a balance on hand of[1] | $ | 26,222.89 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DAVID R. BROWN | $ 7,245.41 | $ 0.00 | $ 7,245.41 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 4,170.40 | $ 0.00 | $ 4,170.40 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 45.30 | $ 0.00 | $ 45.30 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 11,461.11 |
| Remaining Balance | $ | 14,761.78 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,948,557.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cadleway Properties, Inc. | $ 269,356.66 | $ 0.00 | $ 803.50 |
| 2 | Asset Acceptance LLC | $ 672.84 | $ 0.00 | $ 2.01 |
| 3 | Peter Cunningham | $ 285,960.25 | $ 0.00 | $ 853.03 |
| 4 | Scott Cimino | $ 50,000.00 | $ 0.00 | $ 149.15 |
| 5 | CCR Investment, LLC | $ 631,914.84 | $ 0.00 | $ 1,885.03 |
| 6 | 6501 S. Lowe, LLC | $ 170,850.00 | $ 0.00 | $ 509.66 |
| 7 | Joel Yaseen Trust | $ 3,524,818.68 | $ 0.00 | $ 10,514.70 |
| 8 | Worldwide Asset Purchasing, LLC | $ 5,107.54 | $ 0.00 | $ 15.24 |
| 9 | Fia Card Services, NA/Bank of America | $ 9,876.79 | $ 0.00 | $ 29.46 |

Total to be paid to timely general unsecured creditors    $ 14,761.78

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 05-54640-ERW
Steven Thomas Racz                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez            Page 1 of 3            Date Rcvd: May 16, 2012
                              Form ID: pdf006         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2012.
```
db           +Steven Thomas Racz,    1201 West Adams,    #401,    Chicago, IL 60607-2872
16273399     +444 W. 62nd Street, LLC,    c/o Robert J. Slobig,    105 West Adams St., Suite 3200,
               Chicago, IL 60603-6209
16273398     +6501 S. Lowe, LLC,    c/o Robert J. Slobig,    105 West Adams St., Suite 3200,
               Chicago, IL 60603-6209
16273400     +6751 S. Jeffrey, LLC,    c/o Robert J. Slobig,    105 West Adams St., Suite 3200,
               Chicago, IL 60603-6209
16273393     +6751 S. Merrill, LLC,    c/o Robert J. Slobig,    105 West Adams St., Suite 3200,
               Chicago, IL 60603-6209
16273395     +7301 S. Stewart, LLC,    c/o Robert J. Slobig,    105 West Adams St., Suite 3200,
               Chicago, IL 60603-6209
16273392     +7719 S. Yates, LLC,    c/o Robert J. Slobig,    105 West Adams St., Suite 3200,
               Chicago, IL 60603-6209
16273394     +8201 S. Maryland, LLC,    c/o Robert J. Slobig,    105 West Adams St., Suite 3200,
               Chicago, IL 60603-6209
10234793     +Academy Collector Service,    City Bank Mastercard,    10965 Decator Rd,
               Philadelphia, PA 19184-0001
10234794     +American Express,    NCO Financial Systems,    507 Prudential Rd.,    Horsham, PA 19044-2368
10234797     +Bank One/Cadleway Properties,    % David O. Yuen,    233 S. Wacker Dr. Suite 2200,
               Chicago, IL 60606-6399
16273391     +CCR Investment, LLC,    c/o Robert J. Slobig,    105 West Adams St., Suite 3200,
               Chicago, IL 60603-6209
16273397     +CCR Property Management, LLC,    c/o Robert J. Slobig,    105 West Adams St., Suite 3200,
               Chicago, IL 60603-6209
10234799      CitiBank,   P.O. Box 183037,    Columbus, OH 43218-3037
10234800     +Direct Merchants,    % Gerald E. Moore & Associates,    P.O. Box 724087,    Atlanta, GA 31139-1087
10234802      Household Bank,    Midland Credit Management Inc,    Department 8870,    Los Angeles, CA 90084-8870
10234804      MBNA,   Creditors Interchange,    P.O. Box 1335,    Buffalo, NY 14240-1335
10465565     +Peter A Cantwell,    30 N Lasalle Street Ste 2850,    Chicago, Il 60602-3481
16273389     +Peter Cunningham,    c/o Robert J. Slobig,    105 West Adams St., Suite 3200,
               Chicago, IL 60603-6209
16273396     +RN Construction, LLC,    c/o Robert J. Slobig,    105 West Adams St., Suite 3200,
               Chicago, IL 60603-6209
10234805     +Robert Geras,    LaSalle Investments,    55 East Erie #2905,    Chicago, IL 60611-2255
16273390     +Scott Cimino,    c/o Robert J. Slobig,    105 West Adams St., Suite 3200,   Chicago, IL 60603-6209
10234806     +Synergy Law Group,    730 W. Randolph,    6th Floor,    Chicago, IL 60661-2150
10234803     +The Joel Yaseen Trust,    % Nathan Q Rugg Adelman & Gettleman LTD,    53 W Jackson Blvd Ste 1050,
               Chicago, Il 60604-3786
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10234795      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 17 2012 03:17:59     Asset Acceptance LLC,
               (Ballys Fitness),    P.O. Box 2036,    Warren, MI 48090-2036
10545334     +E-mail/Text: deb.saner@cadleco.com May 17 2012 04:01:45     Cadleway Properties, Inc.,
               100 N Center Street,    Newton Falls, OH 44444-1321
16499726      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2012 04:38:59
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK   73124-8809
10234801      E-mail/Text: bankruptcy.notices@hdfsi.com May 17 2012 02:32:33     Harley Davidson Credit,
               8529 Innovation Way,    Chicago, IL 60682-0085
16459542      E-mail/Text: resurgentbknotifications@resurgent.com May 17 2012 02:48:18
               Worldwide Asset Purchasing, LLC,    c/o B-Line, LLC,    MS 550,    PO Box 91121,
               Seattle, WA 98111-9221
                                                                                              TOTAL: 5
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
10234798      BMW Financial Services,    American Collector Systems,    5515 Park Center Circle,   OH 43012
10234796    ##+Bank of America,    P.O. Box 5270,    Carol Stream, IL 60197-5270
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dgomez              Page 2 of 3            Date Rcvd: May 16, 2012
                              Form ID: pdf006           Total Noticed: 29

                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 18, 2012**            **Signature:**      _Joseph Speetjens_

```
District/off: 0752-1           User: dgomez                Page 3 of 3                   Date Rcvd: May 16, 2012
                               Form ID: pdf006             Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2012 at the address(es) listed below:

          Aaron C Smith   on behalf of Defendant  Integris Consulting Group asmith@lockelord.com,
           chicagodocket@lockelord.com
          Alisa M Levin   on behalf of Respondent  Falkor Group, L.L.C. alisalevin@yahoo.com
          Andrew E Houha   on behalf of Creditor  Harley-Davidson Credit Corporation
           andrew@johnsonblumberg.com, rocio@johnsonblumberg.com
          Arthur W Rummler   on behalf of Plaintiff David Brown Trustee arthur.rummler@gmail.com,
           artrummler@juno.com
          Brian L Shaw   on behalf of Debtor Steven Racz bshaw100@shawgussis.com,
           bharrington@shawgussis.com
          Daniel E Tranen   on behalf of Defendant  Synergy Law Group dtranen@hinshawlaw.com
          David O. Yuen   on behalf of Creditor  Cadleway Properties, Inc. dyuen@tresslerllp.com,
           jborcia@tresslerllp.com;tresslerdocket@tresslerllp.com
          David R Brown   dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com;jill@springerbrown.com
          David R Brown   on behalf of Trustee David Brown dbrown@springerbrown.com,
           marigonzo@springerbrown.com;jill@springerbrown.com
          Geoffrey A Belzer   on behalf of Defendant  Synergy Law Group geoffrey.belzer@wilsonelser.com,
           ida.varriale@wilsonelser.com
          Howard L. Adelman   on behalf of Plaintiff Joel Yaseen hla@ag-ltd.com
          Jason M. Kuzniar   on behalf of Defendant  Synergy Law Group Jason.Kuzniar@wilsonelser.com,
           rosaura.ortiz@wilsonelser.com
          Joshua D Greene   on behalf of Plaintiff David Brown Trustee jgreene@springerbrown.com,
           sellis@springerbrown.com
          Lauren N. Nachinson   on behalf of Defendant Kristi Kloehn Lauren.Nachinson@quarles.com,
           Faye.Feinstein@quarles.com;sara.sullivan@quarles.com;mburr@quarles.com
          Michael J. Davis   on behalf of Plaintiff David Brown Trustee mdavis@springerbrown.com,
           davislaw80@gmail.com
          Michele M Springer   on behalf of Trustee David Brown mspringer@springerbrown.com,
           marigonzo@springerbrown.com
          Nathan Q. Rugg   on behalf of Creditor Joel Yaseen nqr@ag-ltd.com, asandy@ag-ltd.com
          Patrick A Clisham   on behalf of Defendant Steven Racz patrickclisham@hotmail.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Paul Catanese   on behalf of Witness Richard Mason pcatanese@mcguirewoods.com,
           docket@mcguirewoods.com
          Scott R Clar   on behalf of Defendant Rachel Racz sclar@craneheyman.com,
           mjoberhausen@craneheyman.com;asimon@craneheyman.com
          Steven B Chaiken   on behalf of Plaintiff Joel Yaseen schaiken@ag-ltd.com

                                                                                                                                         TOTAL: 22