UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
STEVEN THOMAS RACZ                    §        Case No. 05-54640
                                      §
           Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/DAVID R. BROWN_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| DAVID R. BROWN | | | | | |
| SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | | | | | |
| SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | | | | | |
| SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | | | | | |
| BANA, UNION | | | | | |
| UNION BANK | | | | | |
| INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0013 | | | | | |
| IRS Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| P.O. BOX 19006 SPRINGFIELD, IL 62794-9009 | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| P.O. BOX 19009  SPRINGFIELD, IL 62794-9009 | | | | | |
| & DAVIS, LLC  400 South County Farm Road  Suite 330  Wheaton, IL 60187 | | | | | |
| P. C. ALAN D. LASKO & ASSOCIATES | | | | | |
| c/o McGuireWoods LLP  77 West Wacker Drive  Suite 4100  Chicago, IL 60601-1818 | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | 6501 S. LOWE, LLC | | | | | |
| 2 | ASSET ACCEPTANCE LLC | | | | | |
| 1 | Cadleway Properties, Inc. | | | | | |
| 5 | CCR INVESTMENT, LLC | | | | | |
| 7 | JOEL YASEEN TRUST | | | | | |
| 9 | NA/BANK OF AMERI FIA CARD SERVICES | | | | | |
| 3 | PETER CUNNINGHAM | | | | | |
| 4 | SCOTT CIMINO | | | | | |
| 8 | WORLDWIDE ASSET PURCHASING, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 05-54640 ERW | Judge: | Eugene R. Wedoff | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|
| Case Name: | STEVEN THOMAS RACZ | | | Date Filed (f) or Converted (c): | 10/14/2005 (f) |
| | | | | 341(a) Meeting Date: | 01/09/2006 |
| For Period Ending: | 01/20/2014 | | | Claims Bar Date: | 12/03/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. RESIDENCE AT 1201 W. ADAMS STREETM UNIT 407 | 165,000.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. BOOKS, PICTURES | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL. | 0.00 | 0.00 | | 0.00 | FA |
| 5. WEDDING BANK | 400.00 | 0.00 | | 0.00 | FA |
| 6. WATCH | 400.00 | 0.00 | | 0.00 | FA |
| 7. HOBBY EQUIPMENT | 500.00 | 0.00 | | 0.00 | FA |
| 8. 1999 HARLEY DAVIDSON FATBOY MOTORCYCLE, 3500 MILES | 17,000.00 | 0.00 | | 0.00 | FA |
| 9. FRAUDULENT CONVEYANCE LITIGATION (u) | 0.00 | 0.00 | | 79,782.95 | FA |
| INT. POST-PETITION INTEREST DEPOSITS (u) | Unknown | N/A | | 108.03 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $187,300.00      $0.00          $79,890.98      $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case awaits final claims review and objections, and final tax returns. Outstanding issue with Illinois Department of Revenue over estate tax returns needs to be resolved.

Initial Projected Date of Final Report (TFR): 12/31/2007      Current Projected Date of Final Report (TFR): 04/17/2012

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 05-54640 | Trustee Name: DAVID R. BROWN |
| Case Name: STEVEN THOMAS RACZ | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX1283 |
| | Money Market Account (Interest Earn |
| Taxpayer ID No: XX-XXX6030 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/20/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/19/09 | 9 | JONES, KRISTIN J.<br>1353 W. Grand #2Chicago, IL 60622 | Settlement payment in full for Jone | 1241-000 | $5,000.00 | | $5,000.00 |
| 05/29/09 | INT | Union Bank of California | Interest Rate 0.150 | 1270-000 | $0.18 | | $5,000.18 |
| 06/25/09 | 9 | INTEGRIS CONSUSLTING GROUP<br>820 N. Orleans, Suite 206Chicago, IL 60610 | Settlement payment | 1241-000 | $2,098.74 | | $7,098.92 |
| 06/30/09 | 9 | INTEGRIS CONSULTING GROUP<br>820 North Orleans, Suite 206Chicago, IL 60610 | Sett by Livingston/Integris | 1241-000 | $30,000.00 | | $37,098.92 |
| 06/30/09 | INT | Union Bank of California | Interest Rate 0.150 | 1270-000 | $0.66 | | $37,099.58 |
| 07/31/09 | INT | Union Bank of California | Interest Rate 0.250 | 1270-000 | $7.65 | | $37,107.23 |
| 08/03/09 | 9 | INTEGRIS CONSULTING GROUP<br>820 N. OrleansSuite 206Chicago, IL 60610 | Settlement payment | 1241-000 | $1,719.06 | | $38,826.29 |
| 08/31/09 | INT | Union Bank of California | Interest Rate 0.250 | 1270-000 | $8.17 | | $38,834.46 |
| 09/02/09 | 9 | INTEGRIS CONSULTING GROUP<br>820 N. Orleans, Suite 206Chicago, IL 60610 | Settlement payment | 1241-000 | $5,323.45 | | $44,157.91 |
| 09/04/09 | | Transfer to Acct # XXXXXX1291 | TRANSFER TO WRITE CHECKS | 9999-000 | | $5,000.00 | $39,157.91 |
| 09/30/09 | INT | Union Bank | Interest Rate 0.250 | 1270-000 | $8.03 | | $39,165.94 |
| 10/06/09 | 9 | INTEGRIS CONSULTING GROUP<br>820 N. Orleans, Suite 206Chicago, IL 60610 | Settlement payment | 1241-000 | $625.00 | | $39,790.94 |
| 10/30/09 | INT | Union Bank | Interest Rate 0.250 | 1270-000 | $8.13 | | $39,799.07 |
| 11/09/09 | 9 | INTEGRIS CONSULTING GROUP<br>820 N. OrleansSuite 206Chicago, IL 60610 | Settlement payment | 1241-000 | $2,235.94 | | $42,035.01 |
| 11/30/09 | INT | Union Bank | Interest Rate 0.250 | 1270-000 | $8.72 | | $42,043.73 |

Page Subtotals: $47,043.73 $5,000.00

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 05-54640 | Trustee Name: DAVID R. BROWN |
| Case Name: STEVEN THOMAS RACZ | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX1283 |
| | Money Market Account (Interest Earn |
| Taxpayer ID No: XX-XXX6030 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/20/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/09/09 | 9 | INTEGRIS CONSULTING GROUP 829 N. Orleans, Suite 206 Chicago, IL 60610 | Settlement payment | 1241-000 | $3,887.50 | | $45,931.23 |
| 12/31/09 | INT | Union Bank | Interest Rate 0.250 | 1270-000 | $9.47 | | $45,940.70 |
| 01/07/10 | 9 | INTEGRIS CONSULTING GROUP 820 N. Orleans, Suite 206 Chicago, IL 60610 | Settlement payment | 1241-000 | $5,242.19 | | $51,182.89 |
| 01/29/10 | INT | Union Bank | Interest Rate 0.150 | 1270-000 | $5.81 | | $51,188.70 |
| 02/10/10 | | Transfer to Acct # XXXXXX1291 | TRANSFER TO WRITE CHECKS | 9999-000 | | $41.00 | $51,147.70 |
| 02/16/10 | 9 | INTEGRIS COUNSULTING GROUP 820 N. Orleans, Suite 206 Chicago, IL 60610 | Settlement payment | 1241-000 | $5,503.13 | | $56,650.83 |
| 02/26/10 | INT | Union Bank | Interest Rate 0.150 | 1270-000 | $6.08 | | $56,656.91 |
| 03/10/10 | 9 | INTEGRIS COUNSULTING GROUP 820 N. Orleans, Suite 206 Chicago, IL 60610 | Settlement payment | 1241-000 | $454.57 | | $57,111.48 |
| 03/31/10 | INT | Union Bank | Interest Rate 0.150 | 1270-000 | $7.70 | | $57,119.18 |
| 04/06/10 | 9 | INTEGRIS CONSULTING GROUP 820 N. Orleans, Suite 206 Chicago, IL 60610 | Settlement payment | 1241-000 | $1,229.18 | | $58,348.36 |
| 04/30/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | $4.75 | | $58,353.11 |
| 05/12/10 | 9 | INTEGRIS COUNSULTING GROUP 820 N. Orleans, Suite 206 Chicago, IL 60610 | Settlement payment | 1241-000 | $754.69 | | $59,107.80 |
| 05/28/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | $4.48 | | $59,112.28 |
| 06/07/10 | 9 | INTEGRES CONSULTING 820 N. Orleans, Suite 206 Chicago, IL 60611 | Settlement payment | 1241-000 | $709.50 | | $59,821.78 |
| 06/30/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | $5.37 | | $59,827.15 |

| | | | Page Subtotals: | | $17,824.42 | $41.00 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 05-54640 | Trustee Name: | DAVID R. BROWN |
| Case Name: STEVEN THOMAS RACZ | Bank Name: | Union Bank |
| | Account Number/CD#: | XXXXXX1283 |
| | | Money Market Account (Interest Earn |
| Taxpayer ID No: XX-XXX6030 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 01/20/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/30/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | $5.14 | | $59,832.29 |
| 08/31/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | $5.22 | | $59,837.51 |
| 09/07/10 | | Transfer to Acct # XXXXXX1291 | TRANSFER TO WRITE CHECKS | 9999-000 | | $7,003.00 | $52,834.51 |
| 09/30/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | $4.43 | | $52,838.94 |
| 10/29/10 | INT | Union Bank | Interest Rate 0.100 | 1270-000 | $4.18 | | $52,843.12 |
| 11/30/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | $2.45 | | $52,845.57 |
| 12/13/10 | | Transfer to Acct # XXXXXX1291 | TRANSFER TO WRITE CHECKS | 9999-000 | | $40,000.00 | $12,845.57 |
| 12/31/10 | INT | Union Bank | Interest Rate 0.050 | 1270-000 | $1.19 | | $12,846.76 |
| 01/05/11 | 9 | ONEBEACON INSURANCE 30 Tower LaneAvon, CT 06001 | | 1241-000 | $15,000.00 | | $27,846.76 |
| 01/31/11 | INT | Union Bank | Interest Rate 0.000 | 1270-000 | $0.22 | | $27,846.98 |
| 02/09/11 | | Transfer to Acct # XXXXXX1291 | TRANSFER TO WRITE CHECKS | 9999-000 | | $22.00 | $27,824.98 |
| 07/06/11 | | STATE OF ILLINOIS COMPTROLLER Judy Baar Topinka325 West Adams StreetSpringfield, IL 62704-871 | 2009 Tax Refund | 1224-000 | $17.31 | | $27,842.29 |
| 10/19/11 | | UNION BANK | bank charges | 2600-000 | | $66.37 | $27,775.92 |
| 11/10/11 | | UNION BANK | BANK SERVICE CHARGES | 2600-000 | | $66.37 | $27,709.55 |
| 12/16/11 | | Transfer to Acct # XXXXXX1291 | TRANSFER TO WRITE CHECKS | 9999-000 | | $1,267.00 | $26,442.55 |
| 12/20/11 | | UNION BANK | Bank Charges | 2600-000 | | $66.37 | $26,376.18 |
| 01/17/12 | | BANA, UNION | Bank Charges | 2600-000 | | $66.37 | $26,309.81 |

Page Subtotals: $15,040.14   $48,557.48

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 05-54640 | Trustee Name: DAVID R. BROWN |
| Case Name: STEVEN THOMAS RACZ | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX1283 |
| | Money Market Account (Interest Earn |
| Taxpayer ID No: XX-XXX6030 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/20/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/12 | | BANA, UNION | Bank Charges | 2600-000 | | $63.92 | $26,245.89 |
| 02/03/12 | | Transfer to Acct # XXXXXX3416 | Bank Funds Transfer | 9999-000 | | $26,245.89 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $79,908.29 | $79,908.29 |
| Less: Bank Transfers/CD's | $0.00 | $79,578.89 |
| Subtotal | $79,908.29 | $329.40 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $79,908.29 | $329.40 |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Page Subtotals:   $0.00   $26,309.81

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-54640 | Trustee Name: | DAVID R. BROWN |
| --- | --- | --- | --- |
| Case Name: | STEVEN THOMAS RACZ | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX1291 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX6030 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/20/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/04/09 | | Transfer from Acct # XXXXXX1283 | TRANSFER TO WRITE CHECKS | 9999-000 | $5,000.00 | | $5,000.00 |
| 09/04/09 | 1001 | MASON, RICHARD J. c/o McGuireWoods LLP77 West Wacker DriveSuite 4100Chicago, IL 60601-1818 | Expert Witness Retainer | 3731-000 | | $5,000.00 | $0.00 |
| 02/10/10 | | Transfer from Acct # XXXXXX1283 | TRANSFER TO WRITE CHECKS | 9999-000 | $41.00 | | $41.00 |
| 02/10/10 | 1002 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POYDRAS ST.NEW ORLEANS, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $41.00 | $0.00 |
| 09/07/10 | | Transfer from Acct # XXXXXX1283 | TRANSFER TO WRITE CHECKS | 9999-000 | $7,003.00 | | $7,003.00 |
| 09/07/10 | 1003 | UNITED STATES TREASURY INTERNAL REVENUE SERVICECINCINNATI, OH 45999-0013 | 2009 Form 1041 - EIN: 54-6836030 | 2810-000 | | $5,531.00 | $1,472.00 |
| 09/07/10 | 1004 | ILLINOIS DEPARTMENT OF REVENUE P.O. BOX 19006SPRINGFIELD, IL 62794-9009 | 2009 Form IL - 1041 --EIN: 54-68360 | 2820-000 | | $1,472.00 | $0.00 |
| 12/13/10 | | Transfer from Acct # XXXXXX1283 | TRANSFER TO WRITE CHECKS | 9999-000 | $40,000.00 | | $40,000.00 |
| 12/13/10 | 1005 | SPRINGER, BROWN & DAVIS, LLC400 South County Farm RoadSuite 330Wheaton, IL 60187 | final atty compensation | 3110-000 | | $40,000.00 | $0.00 |
| 02/09/11 | | Transfer from Acct # XXXXXX1283 | TRANSFER TO WRITE CHECKS | 9999-000 | $22.00 | | $22.00 |
| 02/09/11 | 1006 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POYDRAS ST.NEW ORLEANS, LA 70139 | Bond 016026455 | 2300-000 | | $22.00 | $0.00 |
| 12/16/11 | | Transfer from Acct # XXXXXX1283 | TRANSFER TO WRITE CHECKS | 9999-000 | $1,267.00 | | $1,267.00 |
| 12/16/11 | 1007 | TREASURY, UNITED STATES IRSCentralized Insolvency OperationPO Box 7346Philadelphia, PA 19101-7346 | 2011 Form 2041/54-6836030 | 2810-000 | | $543.00 | $724.00 |
| 12/16/11 | 1008 | ILLINOIS DEPARTMENT OF REVENUE P.O. BOX 19009SPRINGFIELD, IL 62794-9009 | 2011 Form IL - 1041/54-6836030 | 2820-000 | | $724.00 | $0.00 |

Page Subtotals:    $53,333.00    $53,333.00

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Exhibit 9

| | | |
|---|---:|---:|
| COLUMN TOTALS | $53,333.00 | $53,333.00 |
| Less: Bank Transfers/CD's | $53,333.00 | $0.00 |
| Subtotal | $0.00 | $53,333.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $53,333.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 05-54640 | Trustee Name: | DAVID R. BROWN |
| Case Name: | STEVEN THOMAS RACZ | Bank Name: | Congressional Bank |
| | | Account Number/CD#: | XXXXXX3416 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX6030 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/20/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/12 | | Transfer from Acct # XXXXXX1283 | Bank Funds Transfer | 9999-000 | $26,245.89 | | $26,245.89 |
| 02/10/12 | 101 | INTERNATIONAL SURETIES, LTD. SUITE 420701 POYDRAS ST. NEW ORLEANS, LA 70139 | Bond # 016026455 | 2300-000 | | $23.00 | $26,222.89 |
| 06/07/12 | 102 | DAVID R. BROWN 400 SOUTH COUNTY FARM ROAD SUITE 330 WHEATON, IL 60187 | Chapter 7 Compensation/Expense | 2100-000 | | $7,245.41 | $18,977.48 |
| 06/07/12 | 103 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, IL 60603 | Accountant for Trustee Fees (Other | | | $4,215.70 | $14,761.78 |
| | | P. C. ALAN D. LASKO & ASSOCIATES | Accountant for Trustee Fees ($4,170.40) (Other | 3410-000 | | | |
| | | P. C. ALAN D. LASKO & ASSOCIATES | Accountant for Trustee Fees ($45.30) (Other | 3420-000 | | | |
| 06/07/12 | 104 | Cadleway Properties, Inc. 100 N Center Street Newton Falls, OH 44444 | Claim 1, Payment 0.29830% | 7100-000 | | $803.50 | $13,958.28 |
| 06/07/12 | 105 | CLERK, U.S. BANKRUPTCY COURT 7th Floor, Federal Building 219 South Dearborn Street Chicago, IL 60604 | Claim 2, Payment 0.29873% Asset Acceptance LLC (Ballys Fitness) P.O. Box 2036 Warren, MI 48090-2036 | 7100-000 | | $2.01 | $13,956.27 |
| 06/07/12 | 106 | PETER CUNNINGHAM c/o Robert J. Slobig 105 West Adams St., Suite 3200 Chicago, IL 60603 | Claim 3, Payment 0.29830% | 7100-003 | | $853.03 | $13,103.24 |
| 06/07/12 | 107 | SCOTT CIMINO c/o Robert J. Slobig 105 West Adams St., Suite 3200 Chicago, IL 60603 | Claim 4, Payment 0.29830% | 7100-000 | | $149.15 | $12,954.09 |
| 06/07/12 | 108 | CCR INVESTMENT, LLC c/o Robert J. Slobig 105 West Adams St., Suite 3200 Chicago, IL 60603 | Claim 5, Payment 0.29830% | 7100-003 | | $1,885.03 | $11,069.06 |

Page Subtotals: $26,245.89 $15,176.83

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-54640 | Trustee Name: | DAVID R. BROWN |
| --- | --- | --- | --- |
| Case Name: | STEVEN THOMAS RACZ | Bank Name: | Congressional Bank |
| | | Account Number/CD#: | XXXXXX3416 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX6030 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/20/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/12 | 109 | 6501 S. LOWE, LLC<br><br>c/o Robert J. Slobig<br>105 West Adams St., Suite 3200<br>Chicago, IL 60603 | Claim 6, Payment 0.29831% | 7100-003 | | $509.66 | $10,559.40 |
| 06/07/12 | 110 | JOEL YASEEN TRUST<br><br>% Patrick J. Sherlock<br>11 S. LaSalle Street, Suite 1600<br>Chicago, IL 60603 | Claim 7, Payment 0.29830% | 7100-000 | | $10,514.70 | $44.70 |
| 06/07/12 | 111 | WORLDWIDE ASSET PURCHASING, LLC<br>c/o B-Line, LLCMS 550PO Box 91121Seattle, WA 98111-9221 | Claim 8, Payment 0.29838% | 7100-000 | | $15.24 | $29.46 |
| 06/07/12 | 112 | FIA CARD SERVICES, NA/BANK OF AMERI<br>by American Infosource Lp As Its AgentPO Box 248809Oklahoma City, OK 73124-8809 | Claim 9, Payment 0.29828% | 7100-000 | | $29.46 | $0.00 |
| 12/14/12 | 106 | Reverses Check # 106 | Claim 3, Payment 0.29830% | 7100-003 | | ($853.03) | $853.03 |
| 12/14/12 | 108 | Reverses Check # 108 | Claim 5, Payment 0.29830% | 7100-003 | | ($1,885.03) | $2,738.06 |
| 12/14/12 | 109 | Reverses Check # 109 | Claim 6, Payment 0.29831% | 7100-003 | | ($509.66) | $3,247.72 |
| 12/14/12 | 113 | CLERK, U.S. BANKRUPTCY COURT<br>7th Floor, Federal Building219 South Dearborn StreetChicago, IL 60604 | Claim 3, Payment 0.29830%<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #  CLAIM #  DIVIDEND<br>=================================<br>  3   3         853.03<br>  6   6         509.66 | | | $1,362.69 | $1,885.03 |
| | | CUNNINGHAM, PETER | ($853.03) | 7100-000 | | | |
| | | 6501 S. LOWE, LLC | ($509.66) | 7100-000 | | | |

Page Subtotals: $0.00   $9,184.03

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-54640 | Trustee Name: | DAVID R. BROWN |
| Case Name: | STEVEN THOMAS RACZ | Bank Name: | Congressional Bank |
| | | Account Number/CD#: | XXXXXX3416 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX6030 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/20/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/14/12 | 114 | CLERK, U.S. BANKRUPTCY COURT 7th Floor, Federal Building 219 South Dearborn Street Chicago, IL 60604 | Claim 5, Payment 0.29830% DIVIDENDS REMITTED TO THE COURT<br>ITEM #  CLAIM #  DIVIDEND<br>=================================<br>  5    5          1,885.03 | 7100-000 | | $1,885.03 | $0.00 |

|  | COLUMN TOTALS | $26,245.89 | $26,245.89 |
|---|---|---|---|
|  | Less: Bank Transfers/CD's | $26,245.89 | $0.00 |
|  | Subtotal | $0.00 | $26,245.89 |
|  | Less: Payments to Debtors | $0.00 | $0.00 |
|  | Net | $0.00 | $26,245.89 |

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*    Page Subtotals:    $0.00    $1,885.03

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1283 - Money Market Account (Interest Earn | $79,908.29 | $329.40 | $0.00 |
| XXXXXX1291 - Checking Account | $0.00 | $53,333.00 | $0.00 |
| XXXXXX3416 - Checking Account | $0.00 | $26,245.89 | $0.00 |
| | $79,908.29 | $79,908.29 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $79,908.29 |
| Total Gross Receipts: | $79,908.29 |